UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DARRYL PUDERER #601803          CASE NO. 1:21-CV-01707 SEC P

-vs-          JUDGE DRELL

MARKUS MYERS ET AL          MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 138), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss (ECF No. 76) is GRANTED, and this civil action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A for failure to exhaust. IT IS FURTHER ORDERED that all pending Motions are DENIED AS MOOT.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana this 5th day of January ~~December~~ 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT